Donald P. Rubenstein (SBN 121034)
Email: drubenstein@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Feather D. Baron (SBN 252489)
Email: fbaron@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendant
Chipita America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR DAVIS LARSEN AND KIMBERLY S. SETHAVANISH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NONNI'S FOODS LLC AND CHIPITA AMERICA, INC.,<br><br>Defendants. | Case No.: 11-CV-04758-SC<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>L.R. 6-1(a) |

WHEREAS, on September 23, 2011, Plaintiffs Tamar Davis Larsen and Kimberly S. Sethavanish (collectively, "Plaintiffs") filed their "Complaint For Damages, Equitable, Declaratory And Injunctive Relief" in the above-captioned Court, alleging claims against defendants Nonni's Foods, LLC and Chipita America, Inc. (collectively, "Defendants") for violations of California Business and Professions Code sections 17200 (Unfair Competition Law) and 17500 (False Advertising Law) and California Civil Code section 1750 (Consumer Legal Remedies Act), as well as claims for common law fraud and restitution; and

1     WHEREAS, on October 14, 2011, the parties filed a Stipulation to Extend Defendants' Time
2 to Respond to Plaintiffs' Complaint, thereby granting Defendants an extension to and including
3 November 16, 2011 to respond to the Complaint; and

4     WHEREAS, the parties now agree to an additional extension of time for Defendants to
5 respond to the Complaint, through and including November 30, 2011; and

6     WHEREAS, there is an Initial Status Conference in this matter currently set for January 13,
7 2012; and

8     WHEREAS, this extension will not alter the date of any event or any deadline already fixed
9 by Court order;

10     IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their
11 respective attorneys of record, pursuant to Local Rule 6-1, that Defendants shall have an extension
12 of time, to and including November 30, 2011, to file a responsive pleading.

13 DATED: November 15, 2011.      LAW OFFICES OF JANET LINDNER SPIELBERG

16      By: /s/ Janet Lindner Speilberg
     Janet Lindner Spielberg
17      Attorneys for Plaintiffs Tamar Davis Larsen
     and Kimberly S. Sethavanish

19 DATED: November 15, 2011.      REED SMITH LLP

21      By: /s/ Heather B. Hoesterey
     Donald P. Rubenstein
22      Heather B. Hoesterey
     Attorneys for Defendant Chipita America, Inc.

25 DATED: November 15, 2011.      KIRKLAND & ELLIS LLP

27      By: /s/ Beth M. Weinstein
     C. Robert Boldt
28      Beth M. Weinstein
     Attorneys for Defendant Nonni's Foods LLC



IT IS SO ORDERED
Judge Samuel Conti

– 2 –

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT – Case No. 11-CV-04758-SC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-107491821.2