```
Robert Boldt (SB# 180136)
Email:  robert.boldt@kirkland.com
Beth Marie Weinstein (SB# 252334)
Email: beth.weinstein@kirkland.com
KIRKLAND & ELLIS LLP
333 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
```

Attorneys for Defendant
Nonni's Foods LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR DAVIS LARSEN AND KIMBERLY S. SETHAVANISH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NONNI'S FOODS LLC AND CHIPITA AMERICA, INC.,<br><br>Defendants. | Case No.: 11-CV-04758-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO MODIFY BRIEFING SCHEDULE**<br><br>L.R. 6-1(a) and L.R. 7-12 |

WHEREAS, on September 23, 2011, Plaintiffs Tamar Davis Larsen and Kimberly S. Sethavanish (collectively, "Plaintiffs") filed their "Complaint For Damages, Equitable, Declaratory And Injunctive Relief" in the above-captioned Court, alleging claims against defendants Nonni's Foods, LLC and Chipita America, Inc. (collectively, "Defendants") for violations of California Business and Professions Code sections 17200 (Unfair Competition Law) and 17500 (False Advertising Law) and California Civil Code section 1750 (Consumer Legal Remedies Act), as well as claims for common law fraud and restitution; and

WHEREAS, on November 15, 2011, the parties filed a Second Stipulation to Extend Defendants' Time to Respond to Plaintiffs' Complaint, thereby granting Defendants an extension to

1   and including November 30, 2011 to respond to the Complaint; and

2       WHEREAS, the parties now agree to an additional extension of time for Defendants to

3   respond to the Complaint, through and including January 13, 2012; and

4       WHEREAS, counsel for Nonni's Foods LLC is in the process of substituting in as counsel of

5   record for Chipita America, Inc.; and

6       WHEREAS, the parties intend to participate in good faith settlement discussions, which may

7   obviate the need for the Court to decide matters relating to Defendants' response to Plaintiffs'

8   Complaint; and

9       WHEREAS, there is an Initial Status Conference in this matter currently set for January 13,

10  2012; and

11      WHEREAS, this extension will not alter the date of any event or any deadline already fixed

12  by Court order;

13      WHEREAS, in light of the foregoing, good causes exists to grant Defendants additional time

14  to respond to Plaintiffs' Complaint.

15      IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their

16  respective attorneys of record, that:

17      1. Pursuant to Local Rule 6-1, Defendants shall have an extension of time, to and

18         including January 13, 2012, to file a response to Plaintiffs' Complaint;

19      2. Defendants will notice any necessary hearing for its response to Plaintiffs' Complaint

20         no earlier than March 9, 2012; and

21      3. Pursuant to Local Rule 7-12, the following briefing schedule shall apply to

22         Defendants' response to Plaintiffs' Complaint:

23         a. Defendants' responsive pleading to be due January 13, 2012

24         b. Plaintiffs' opposition to be due February 9, 2012

25         c. Defendants' reply to be due February 23, 2012

26

27  PURSUANT TO STIPULATION IT IS SO ORDERED.  _____

28                                                       United States District Court Judge

*[Stamp: IT IS SO ORDERED. Judge Samuel Conti. United States District Court, Northern District of California]*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 29, 2011. | LAW OFFICES OF JANET LINDNER SPIELBERG |
| 3 | | |
| 4 | | By: ___/S/ Janet Lindner_____ |
| 5 | | Janet Lindner<br>Attorney for Plaintiffs Tamar Davis Larsen and Kimberly S. Sethavanish |
| 6 | | |
| 7 | | |
| 8 | DATED: November 29, 2011. | REED SMITH LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Donald P. Rubenstein<br>Heather B. Hoesterey<br>Attorneys for Defendant Chipita America, Inc. |
| 12 | | |
| 13 | DATED: November 29, 2011. | KIRKLAND & ELLIS LLP |
| 14 | | |
| 15 | | By: _____/S/ Beth M. Weinstein_____ |
| 16 | | C. Robert Boldt<br>Beth M. Weinstein<br>Attorneys for Defendant Nonni's Foods LLC |
| 17 | | |

FILER'S ATTESTATION:

Pursuant to General Order 45, Section X.B regarding signatures, I attest under the penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: November 29, 2011.          KIRKLAND & ELLIS LLP

                                   By: _____/S/ Beth M. Weinstein_____
                                        Beth M. Weinstein

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT – Case No. 11-CV-04758-SC

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November _29, 2011. | LAW OFFICES OF JANET LINDNER SPIELBERG |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Janet Lindner<br>Attorney for Plaintiffs Tamar Davis Larsen and Kimberly S. Sethavanish |
| 6 | | |
| 7 | | |
| 8 | DATED: November _29, 2011. | REED SMITH LLP |
| 9 | | |
| 10 | | By: _____<br>Donald P. Rubenstein |
| 11 | | Heather B. Hoesterey<br>Attorneys for Defendant Chipita America, Inc. |
| 12 | | |
| 13 | DATED: November 29, 2011. | KIRKLAND & ELLIS LLP |
| 14 | | |
| 15 | | By: _____<br>C. Robert Boldt |
| 16 | | Beth M. Weinstein<br>Attorneys for Defendant Nonni's Foods LLC |

— 3 —

US_ACTIVE-107491821.2

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT – Case No. 11-CV-04758-SC

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO MODIFY BRIEFING SCHEDULE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Michael D. Braun<br>Email:  service@braunlawgroup.com | Heather B. Hoesterey<br>Email:  hhoesterey@reedsmith.com |
| Janet Lindner Spielberg<br>Email:  jlspielberg@jlslp.com | *Attorneys for Defendant Chipita America, Inc.* |

*Attorneys for Plaintiffs*

This 29th day of November, 2011.

                                                                                                 _____s/ Beth M. Weinstein_____<br>
                                                                                                              Beth M. Weinstein