Donald P. Rubenstein (SBN 121034)
Email: drubenstein@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Feather D. Baron (SBN 252489)
Email: fbaron@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant Chipita America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR DAVIS LARSEN AND KIMBERLY S. SETHAVANISH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NONNI'S FOODS, LLC AND CHIPITA AMERICA, INC.,<br><br>Defendants. | Case No. CV 11-04758 SC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>Complaint Served: September 26, 2011<br><br>The Hon. Samuel Conti<br>Courtroom: 1 |

**TO THIS COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 11-5, the law firm of REED SMITH LLP, located at 101 Second Street, Suite 1800, San Francisco, CA 94105-3659, hereby withdraws from representation of Defendant Chipita America, Inc. ("Chipita") in the above-captioned matter. A written notice of this withdrawal and substitution has been provided to Chipita and, by service of this Notice of Withdrawal and Substitution of Counsel, to all parties who have appeared in this action.

**PLEASE TAKE FURTHER NOTICE** that C. Robert Boldt and Beth M. Weinstein of Kirkland & Ellis LLP, hereby substitute as counsel for Chipita. Chipita consents to this withdrawal and substitution. All pleadings, discovery, responses, correspondence, and all matters in this action should be served on Kirkland & Ellis LLP as follows:

```
                C. Robert Boldt
                Beth M. Weinstein
                333 South Hope Street, Suite 2900
                Los Angeles, CA 90071
                Telephone: (213) 680-8400
                Facsimile : (213) 680-8500
```

DATED: December 16, 2011.           REED SMITH LLP


                                    By /s/ Heather B. Hoesterey
                                    Donald P. Rubenstein
                                    Heather B. Hoesterey
                                    Feather D. Baron


DATED: December 16, 2011.           CHIPITA AMERICA, INC.


                                    By _____
                                    Name: GEORGE CHALVIAS


DATED: December 16, 2011.           KIRKLAND & ELLIS LLP


                                    By /s/ Beth M. Weinstein
                                    C. Robert Boldt
                                    Beth M. Weinstein


### [PROPOSED] ORDER

The above withdrawal and substitution of counsel is **APPROVED** and so **ORDERED**.

DATED: _____12/19_____, 2011

                                    _____
                                    Honorable Samuel Conti
                                    United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*
*(Seal: United States District Court, Northern District of California)*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Michael D. Braun
Email: service@braunlawgroup.com

Janet Lindner Spielberg
Email: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

Beth M. Weinstein
Email: beth.weinstein@kirkland.com

*Attorneys for Defendant Nonni's Foods LLC*

This 16th day of December 2011.

/s/ Heather B. Hoesterey