Robert Boldt (SB# 180136)
Email: robert.boldt@kirkland.com
Beth Marie Weinstein (SB# 252334)
Email: beth.weinstein@kirkland.com
KIRKLAND & ELLIS LLP
333 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
Nonni's Foods LLC and Chipita America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR DAVIS LARSEN AND KIMBERLY S. SETHAVANISH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NONNI'S FOODS LLC AND CHIPITA AMERICA, INC.,<br><br>Defendants. | Case No.: 11-CV-04758-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT, TO MODIFY BRIEFING SCHEDULE AND TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>**L.R. 6-1(a), 7-12 and 16-2(e)** |

WHEREAS, on September 23, 2011, Plaintiffs Tamar Davis Larsen and Kimberly S. Sethavanish (collectively, "Plaintiffs') filed their "Complaint For Damages, Equitable, Declaratory And Injunctive Relief" in the above-captioned Court, alleging claims against defendants Nonni's Foods LLC and Chipita America, Inc. (collectively, "Defendants") for violations of California Business and Professions Code sections 17200 (Unfair Competition Law) and 17500 (False Advertising Law) and California Civil Code section 1750 (Consumer Legal Remedies Act), as well as claims for common law fraud and restitution; and

WHEREAS, on November 15, 2011, the parties filed a Second Stipulation to Extend Defendants' Time to Respond to Plaintiffs' Complaint, thereby granting Defendants an extension to

1  and including November 30, 2011 to respond to the Complaint; and

2  WHEREAS, on November 29, 2011, the parties filed a Third Stipulation to Extend
3  Defendants' Time to Respond to Plaintiffs' Complaint; and

4  WHEREAS, the parties now agree to an additional extension of time for Defendants to
5  respond to the Complaint, through and including April 13, 2012; and

6  WHEREAS, the parties intend to participate in good faith settlement discussions, which may
7  obviate the need for the Court to decide matters relating to Defendants' response to Plaintiffs'
8  Complaint; and

9  WHEREAS, in light of the parties' intent to participate in good faith settlement discussions,
10  the parties agree that the date of this Court's Case Management Conference in this matter, currently
11  set for January 13, 2012, should be postponed to April 20, 2012 (or a date near to April 20, 2012), in
12  order to give the parties time to attempt to resolve the dispute privately and also to avoid wasting the
13  Court's time and resources; and

14  WHEREAS, in light of the foregoing, good causes exists to grant Defendants additional time
15  to respond to Plaintiffs' Complaint and to postpone the Case Management Conference.

16  IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their
17  respective attorneys of record, that:

18  1. Pursuant to Local Rule 6-1, Defendants shall have an extension of time, to and
19  including April 13, 2012, to file a response to Plaintiffs' Complaint;
20  2. Defendants will notice any necessary hearing for its response to Plaintiffs' Complaint
21  no earlier than June 8, 2012; and
22  3. Pursuant to Local Rule 7-12, the following briefing schedule shall apply to
23  Defendants' response to Plaintiffs' Complaint:
24  a. Defendants' responsive pleading to be due April 13, 2012
25  b. Plaintiffs' opposition to be due May 11, 2012
26  c. Defendants' reply to be due May 25, 2012
27  PURSUANT TO STIPULATION IT IS SO ORDERED.
28  Dated: 12/27/2011                United States District Court Judge

1

2  DATED:  December 21, 2011.         LAW OFFICES OF JANET LINDNER SPIELBERG

3

4                                     By:    /S/ Janet Lindner Spielberg
                                           Janet Lindner Spielberg
5                                          Attorney for Plaintiffs Tamar Davis Larsen and
                                           Kimberly S. Sethavanish
6

7

8  DATED: December 21, 2011.          KIRKLAND & ELLIS LLP

9

10                                    By:        /S/ Beth M. Weinstein
                                           C. Robert Boldt
11                                         Beth M. Weinstein
                                           Attorneys for Defendants Nonni's Foods LLC
12                                         and Chipita America, Inc.

13 FILER'S ATTESTATION:

14      Pursuant to General Order 45, Section X.B regarding signatures, I attest under the penalty of

15 perjury that the concurrence in the filing of this document has been obtained from its signatories.

16

17 DATED:  December 21, 2011.         KIRKLAND & ELLIS LLP

18
                                      By:        /S/ Beth M. Weinstein
19                                         Beth M. Weinstein

20

21

22

23

24

25

26

27

28