IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Tamar Davis Larsen and Kimberly S. Sethavanish, on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

Nonni's Foods, LLC and Chipita America, Inc.,

    Defendant.

CASE NO. 3:11-cv-04758-SC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Joseph N. Kravec, Jr., Esquire, whose business address and telephone number is Stember Feinstein Doyle Payne & Kravec, LLC, 429 Forbes Avenue, Allegheny Building, 17th Floor, Pittsburgh, PA 15219 (412) 281-8400

and who is an active member in good standing of the bar of Supreme Court of Pennsylvania having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs Larsen and Sethavanish.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 20, 2012



IT IS SO ORDERED
Judge Samuel Conti