Robert Boldt (SB# 180136)
Email: robert.boldt@kirkland.com
Beth Marie Weinstein (SB# 252334)
Email: beth.weinstein@kirkland.com
KIRKLAND & ELLIS LLP
333 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
Nonni's Foods LLC and Chipita America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR DAVIS LARSEN AND KIMBERLY S. SETHAVANISH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NONNI'S FOODS LLC AND CHIPITA AMERICA, INC.,<br><br>Defendants. | Case No.: 11-CV-04758-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT, TO MODIFY BRIEFING SCHEDULE AND TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>**L.R. 6-1(a), 7-12, and 16-2(e)** |

WHEREAS, on September 23, 2011, Plaintiffs Tamar Davis Larsen and Kimberly S. Sethavanish (collectively, "Plaintiffs") filed their "Complaint For Damages, Equitable, Declaratory And Injunctive Relief" in the above-captioned Court, alleging claims against defendants Nonni's Foods LLC and Chipita America, Inc. (collectively, "Defendants") for violations of California Business and Professions Code sections 17200 (Unfair Competition Law) and 17500 (False Advertising Law) and California Civil Code section 1750 (Consumer Legal Remedies Act), as well as claims for common law fraud and restitution; and

WHEREAS, on November 15, 2011, the parties filed a Second Stipulation to Extend Defendants' Time to Respond to Plaintiffs' Complaint, thereby granting Defendants an extension to

1  and including November 30, 2011 to respond to the Complaint; and

2      WHEREAS, on November 29, 2011, the parties filed a Third Stipulation to Extend

3  Defendants' Time to Respond to Plaintiffs' Complaint; and

4      WHEREAS, on December 21, 2011, the parties filed a Fourth Stipulation to Extend

5  Defendants' Time to Respond to Plaintiffs' Complaint; and

6      WHEREAS, on March 30, 2012, the parties filed a Fifth Stipulation to Extend Defendants'

7  Time to Respond to Plaintiffs' Complaint; and

8      WHEREAS, the parties now agree to an additional extension of time for Defendants to

9  respond to the Complaint, through and including September 7, 2012; and

10     WHEREAS, the parties have participated in private mediation on April 30, 2012, wherein the

11 parties reached an agreement in principle, and are working to complete settlement documentation

12 and working through related issues, and expect such work to obviate the need for the Court to decide

13 matters relating to Defendants' response to Plaintiffs' Complaint; and

14     WHEREAS, in light of the parties' continuing work, the parties agree that the date of this

15 Court's Case Management Conference in this matter, currently set for September 7, 2012, should be

16 postponed to 10 a.m. on November 16, 2012, in Courtroom #1 (or a date near to November 16,

17 2012), in order to give the parties time to attempt to resolve the dispute privately and also to avoid

18 wasting the Court's time and resources; and

19     WHEREAS, the parties shall filed with this Court a joint Case Management Statement at

20 least 7 days before the Case Management Conference and shall appear in person to the Case

21 Management Conference; and

22     WHEREAS, in light of the foregoing, good causes exists to grant Defendants additional time

23 to respond to Plaintiffs' Complaint and to postpone the Case Management Conference.

24     IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their

25 respective attorneys of record, that:

26     1. No further request shall be made by the parties to extend the time for Defendants to

27        respond to Plaintiffs' Complaint or to postpone the Case Management Conference;

28     2. Pursuant to Local Rule 6-1, Defendants shall have an extension of time, to and

including September 7, 2012, to file a response to Plaintiffs' Complaint;

3. Defendants will notice any necessary hearing for its response to Plaintiffs' Complaint no earlier than October 12, 2012; and

4. Pursuant to Local Rule 7-12, the following briefing schedule shall apply to Defendants' response to Plaintiffs' Complaint:

    a. Defendants' responsive pleading to be due September 7, 2012

    b. Plaintiffs' opposition to be due September 21, 2012

    c. Defendants' reply to be due September 28, 2012

DATED: June 7, 2012.                   LAW OFFICES OF JANET LINDNER SPIELBERG

By:    /S/ Janet Lindner Spielberg
    Janet Lindner Spielberg
    Attorney for Plaintiffs Tamar Davis Larsen and Kimberly S. Sethavanish

DATED: June 7, 2012.                   KIRKLAND & ELLIS LLP

By:    /S/ Beth M. Weinstein
    C. Robert Boldt
    Beth M. Weinstein
    Attorneys for Defendants Nonni's Foods LLC and Chipita America, Inc.

FILER'S ATTESTATION:

Pursuant to General Order 45, Section X.B regarding signatures, I attest under the penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: June 7, 2012.                   KIRKLAND & ELLIS LLP

By:    /S/ Beth M. Weinstein
    Beth M. Weinstein

PURSUANT TO STIPULATION, IT IS SO ORDERED.

United States District Judge

— 3 —

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT, TO MODIFY BRIEFING SCHEDULE AND TO POSTPONE CASE MANAGEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Michael D. Braun
Email:  service@braunlawgroup.com

Janet Lindner Spielberg
Email:  jlspielberg@jlslp.com

Joseph N. Kravec, Jr.
Email:  jkravec@stemberfeinstein.com

*Attorneys for Plaintiffs*

This 7th day of June, 2012.

                                                                                                       /S/ Beth M. Weinstein
                                                                                                         Beth M. Weinstein